## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| **AUBREANNA HOOPES**<br><br>**Plaintiff,**<br><br>vs.<br><br>**OWNERS INSURANCE COMPANY,**<br><br>**Defendant.** | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**Case No. 2:15-cv-00734-PMW**<br><br>**Chief Magistrate Judge Paul M. Warner** |

Pursuant to the stipulation and motion of the parties, through counsel, and good cause appearing, now, therefore; IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's Complaint and all claims contained therein or arising therefrom, whether alleged or not alleged, pleaded or not pleaded, have been settled, compromised, and resolved in full, and said Plaintiff's Complaint and all such claims are hereby dismissed, with prejudice.

IT IS SO ORDERED.

DATED this 19th day of December, 2018.

BY THE COURT:

PAUL M. WARNER
Chief United States Magistrate Judge